UNITED STATES OF AMERICA
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>[1] RAYMAR LUCENA RIVERA<br><br>Defendant. | CRIM NO. 11-328(JAF) |

### MOTION FOR LEAVE TO FILE
### REPLY BRIEF IN SUPPORT OF MOTION TO COMPEL

COMES NOW defendant Raymar Lucena-Rivera ("Mr. Lucena-Rivera"), through the undersigned attorney, and respectfully move, pursuant to Local Rule 7(c), for leave to file the reply tendered herewith (the "Reply") in support of his Motion to Compel (Docket No. 75) and in reply to Government's Opposition (Docket No. 76).  The reply brief addresses new issues raised by the Government in its Opposition. Specifically, the reply addresses the government's argument to the effect that the motion to compel is premature.

WHEREFORE, Mr. Lucena-Rivera respectfully requests leave to file the attached reply  in further support of the Motion to Compel (Docket No. 75).

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 1st day of February, 2012.

IT IS HEREBY CERTIFY that on this same date we electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

**MELENDEZ TORRES LAW PSC**
*Attorney for Raymar Lucena-Rivera*
MCS Plaza, Suite 715
255 Ponce de León Avenue
San Juan, Puerto Rico 00917
Tel. 787.281.8100 / Fax 787.281.8310

s/Sonia Torres
USDC-PR No. 209310
storres@melendeztorreslaw.com
